IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSUE POLYCARPE,

    Petitioner,

v.                                             CASE NO. 4:08-cv-439-SPM-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

By prior order, the Court denied Petitioner's motion for leave to proceed in forma pauperis and set November 24, 2008, as the deadline for him to submit the $5.00 filing fee. Doc. 4. Unbeknownst to the Court, the fee was paid on November 10, but was not docketed until December 30. Petitioner therefore had complied with the Court's order before the issuance of the show cause order. The show cause order, Doc. 7, is thus **VACATED**.

**DONE AND ORDERED** this  *5th*  day of January, 2009.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**