IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSUE POLYCARPE,

      Petitioner,

v.                                    CASE NO. 4:08-cv-439-SPM-AK

WALTER A. MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc.13, Respondent's Motion for Extension of Time to File Response.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Respondent shall file his response no later than **April 27, 2009.** Petitioner may file a reply no later than **May 27, 2009.**

      **DONE AND ORDERED** this 19th day of March, 2009.


                                  **S/ A Kornblum**
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**